UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:14-cv-00320-FDW

| | |
|---|---|
| WAYNE E. BUCKLES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| CAROLYN W. COLVIN, ) | |
| *Acting Commissioner of the Social Security* ) | |
| *Administration*, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Plaintiff's Counsel Mr. Joseph Whitcomb's ("Plaintiff's Counsel") failure to associate local counsel and file a motion pro hac vice. Three notices were filed in this matter beginning June 17, 2014, in an attempt to resolve the issue, however, no response was filed. Accordingly, the Court ORDERS:

1. Plaintiff's Counsel to associate local counsel and file a motion pro hac vice within ten days from the date of this Order or be stricken from the case;

2. If Plaintiff's counsel does not proceed, Plaintiff has twenty-one days from the date of this Order to retain counsel admitted to practice in this state and file a Notice of Appearance thereof; or

3. If the above time frames given by the Court lapse without any response, the Court will assume Plaintiff intends to proceed pro se.

4. The Clerk is respectfully DIRECTED to mail copies of this Order to both Plaintiff and Plaintiff's Counsel, Mr. Joseph Whitcomb.

IT IS SO ORDERED.

Signed: July 28, 2014

Frank D. Whitney
Chief United States District Judge